**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, *et al.,* | ) Chapter 11<br>) Bk. No. 23-11069 (CTG)<br>) BK. BAP No. 25-00019 |
| Debtor. | ) |
| | ) |
| YELLOW CORPORATION, | ) |
| | ) |
| Appellant, | )   Civil Action No. 25-377-JLH |
| v. | ) |
| | ) |
| INTERNATIONAL BROTHERHOOD | ) |
| OF TEAMSTERS, *et al.*, | ) |
| | ) |
| Appellees. | ) |
| | ) |

<u>**ORDER**</u>

At Wilmington, this 23rd day of April 2025, having received a recommendation from

Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral

for mediation and proceed through the appellate process of this court (D.I. 13), IT IS ORDERED

that the recommendation is accepted.

_____
The Honorable Jennifer L. Hall
United States District Judge